COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-07-402-CV

 

IN RE GRAND TEXAS HOMES, INC.                                         RELATORS

D/B/A GRAND HOMES, 

GRAND HOMES 2003, L.P., 

GRAND HOMES 2000, L.P. 

AND MELANIE BRUTON                                                                        

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relators=
petition for writ of mandamus is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

 

PANEL 
B:  MCCOY, LIVINGSTON, and WALKER,
JJ. 

 

DELIVERED: 
February 21, 2008











    [1]See
Tex. R. App. P. 47.4.